# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LUIS CANDO, in his individual capacity and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Tres Construction LLC, George Kalergios, Tres Construction Building Inc, Tres Construction Partners Inc, Tres Construction Firm Inc, 31-18 24th Ave LLC, Kalergios Family LLC, Zeus Waste Mgmt Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-00690 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kalergios Family LLC
15 Center Drive
Malba, New York 11357
c/o
Mark Stumer, Esq
306 5th Ave., Penthouse
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Penn Dodson, Esq
11 Broadway Suite 615,
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# RIDER

1. **Tres Construction LLC**
   20-62 26th St.
   Astoria, New York, 11105

2. **George Kalergios**
   15 Center Drive
   Malba, New York

3. **Tres Construction Building Inc.**
   20-62 26th St.
   Astoria, New York, 11105

4. **Tres Construction Partners Inc.**
   20-62 26th St.
   Astoria, New York 11105

5. **Tres Construction Firm Inc.**
   2409 31st St.
   Astoria, New York, 11105

6. **31-18 24th Avenue LLC**
   15 Center Drive
   Malba, New York 11357

7. **Kalergios Family LLC**
   15 Center Drive
   Malba, New York 11357

8. **Zeus Waste Management, Inc**.
   15 Center Drive
   Malba, New York 11357.