UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LUIS ALVINO CANDO CURRILLO,** | |
| Plaintiff, | |
| | Case No. 1:21-cv-00690 |
| v. | |
| **TRES CONSTRUCTION LLC** et al | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

MKC LAW GROUP

s/ *Michael K. Chong*

Michael K. Chong, Esq.
*mkc@mkclawgroup.com*
1250 Broadway 36th Floor. Ste. 300
New York, NY 10001

Attorneys for Defendants

ANDERSONDODSON, P.C.

s/ *Penn Dodson*

Penn Dodson
*penn@andersondodson.com*
11 Broadway, Suite 615
New York, NY  10004

Attorneys for Plaintiff

10

SO ORDERED:

_Marcia M. Henry_
U.S.M.J

Dated: June 15, 202_

11